UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KALE VORAK,

                Petitioner,

  v.

ROB McKENNA,

                Respondent.

No. C11-5181 RJB/KLS

ORDER DIRECTING SUBSTITUTION OF PARTY

Mr. Vorak has filed a petition for writ of habeas corpus naming Rob McKenna as Respondent. ECF No. 1. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Vorak is currently confined at the Airway Heights Corrections Center. The Superintendent of the Airway Heights Corrections Center is Maggie Miller-Stout.

Accordingly, the Clerk of Court is directed to substitute Maggie Miller-Stout as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this  22nd  day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1